**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-16130-Q**

## ORDER

On May 13, 2014, this Court adopted the trial court's findings that: (1) at the time the case was tried, appellant had eight other cases pending in Dallas County and was represented by several different attorneys at various stages of the proceedings; (2) the different attorneys filed various motions for those eight cases, many of which contained all eight trial court numbers, including cause no. F10-16130-Q; and (3) the clerk's record should be supplemented with any and all motions listing trial court cause no. F10-16130-Q that may have been scanned into the other seven cases against appellant. We ordered the Dallas County District Clerk to file, within thirty days, a supplemental clerk's record that contains any and all motions that contain trial court cause no. F10-16130-Q that may have been scanned into appellant's other cases. To date, we have not received the supplemental record, nor has the Dallas County District Clerk

communicated with the Court regarding the status of that record. Appellant cannot file a brief until the supplemental clerk's record is filed.

Accordingly, we **ORDER** Gary Fitzsimmons, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record that contains any and all motions that contain trial court cause no. F10-16130-Q that may have been scanned into appellant's other cases.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE